UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

FLORIDA FIRST CITY BANK, INC.,

    Debtor in Possession.

Case No. 20-30037

Chapter 11

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR AUTHORITY TO EMPLOY STICHTER, RIEDEL, BLAIN & POSTLER, P.A. AS COUNSEL FOR DEBTOR UNDER GENERAL RETAINER**

STATE OF FLORIDA
COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally appeared Jodi Daniel Dubose, an attorney with the firm of Stichter, Riedel, Blain & Postler, P.A., who, being duly sworn, submits the following statement in compliance with 11 U.S.C. §§327, 328 and 329 and Bankruptcy Rules 2014 and 2016:

1. My name is Jodi Daniel Dubose. I am an attorney employed by the law firm of Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**"), whose offices are located at 41 N. Jefferson St., Suite 111, Pensacola, Florida 32502. I am duly authorized to practice law in the State of Florida and am admitted to the bar of the United States District Court for the Northern District

of Florida. Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

2. This Affidavit is submitted in order to comply with 11 U.S.C. §§327, 328 and 329, and Bankruptcy Rules 2014 and 2016.

3. Stichter Riedel was contacted to serve as co-counsel with the law firm of Wilson, Harrell, Farrington, Ford, Wilson, Spain & Parsons, P.A. ("**Wilson Harrell**") in filing a Chapter 11 bankruptcy case for Florida First City Banks, Inc. (the "**Debtor**").

4. Stichter Riedel performed minimal legal services for the Debtor immediately prior to the petition date. The total value of such prepetition services was $600.00 in attorneys' fees, which amount was paid from the pre-petition retainer held by Wilson Harrell for that purpose (the "**Retainer**"). Stichter Riedel understands that the remaining balance of the Retainer will be held by Wilson Harrell in its trust account, to be applied to post-petition services rendered to the Debtor by Wilson Harrell and/or Stichter Riedel upon proper application to and approval from this Court.

5. The Debtor is filing contemporaneously herewith an application to retain Wilson Harrell and Stichter Riedel as its co-counsel.

6.  In preparing this affidavit, I reviewed a list of creditors of the Debtor. To the best of my knowledge, formed after reasonable inquiry, no attorney employed by Stichter Riedel holds any interest adverse to the Debtor, the estate, or any other parties in interest.

7.  No attorney employed by Stichter Riedel holds a direct or indirect equity interest in the Debtor, and no such attorney has any right to acquire such an interest. No attorney employed by Stichter Riedel is, or has ever been, a general or limited partner of a partnership in which the Debtor is also a general or limited partner.

8.  To the best of my knowledge, no attorney in Stichter Riedel presently represents any creditor, general partner, lessor, lessee, party to an executory contract with the Debtor, or person otherwise adverse to the Debtor or its estate, on any matter related to the Debtor or its estate. Stichter Riedel does not believe that any actual conflict of interest exists with respect to its representation of the Debtor.

9.  Based on the foregoing, Stichter Riedel is disinterested as defined in 11 USC §101(14).

10. There is no agreement of any nature as to the sharing of any compensation to be paid to Stichter Riedel. The compensation of attorneys at Stichter Riedel is fixed from time to time by its board of directors.

11. Nothing herein is intended to waive, and does not waive, any attorney-client privilege with respect to confidential communications between the Debtor and Stichter Riedel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jodi Daniel Dubose

SWORN TO AND SUBSCRIBED BEFORE ME this 15th day of January, 2020, by Jodi Daniel Dubose, who is personally known to me and who did not take an oath.

LEIGH HATHAWAY
State of Florida - Notary Public
Commission # GG 59623
My Commission Expires Jan. 13, 2021

_____
Notary Public State of Florida
My Commission Expires:

4