# Exhibit 4

# March 3, 2020 Correspondence from Florida Office of Financial Regulation to John P. Greeley



**FLORIDA OFFICE OF FINANCIAL REGULATION**

www.flofr.com

March 3, 2020

Mr. John P. Greeley
Smith Mackinnon, PA
301 East Pine Street, Suite 750
Orlando, FL 32801

RE: <u>Application for Authority to Merge First City Bank of Florida, Fort Walton Beach, Okaloosa County, Florida with and into Beach Community Bank, Fort Walton Beach, Okaloosa County, Florida with the Resulting Institution to be known as "Beach Community Bank"</u>
OFR Administrative File No.: 99603-FI

Dear Mr. Greeley:

The Office of Financial Regulation ("Office") has considered the information presented in the application referenced above for the authority to merge First City Bank of Florida ("First City"), Fort Walton Beach, Okaloosa County, Florida with and into Beach Community Bank ("Beach"), Fort Walton Beach, Okaloosa County, Florida (collectively "Applicants") with the resulting institution to be known as Beach Community Bank ("Resulting Bank"). This letter is notice ("NOI") that the Office intends to approve the application and makes the following:

<u>FINDINGS AND FACTS AND CONCLUSIONS OF LAW</u>

1. An application for authority to merge First City with and into Beach was filed with the Office on January 24, 2020.

2. Notice of the application was published in the Florida Administrative Register on January 27, 2020. No requests for an administrative hearing were filed and no hearing was held.

3. The due date for the Office to render a decision on the application is May 21, 2020.

4. On or about January 24, 2020, Beach submitted an Interagency Bank Merger Application to the Federal Deposit Insurance Corporation ("FDIC").

5. First City is a Florida state-chartered non-member bank with its main office located at 135 Perry Avenue, Fort Walton Beach, Okaloosa County, Florida 32549. First City is authorized to operate branch offices in Florida.



EXHIBIT 4

John P. Greely
Smith and Mackinnon, PA
March 3, 2020
Page 2

6. Florida First City Banks, Inc. ("FCBI") is a Florida corporation and registered bank holding company headquartered in Fort Walton Beach, Florida. FCBI is the sole owner of First City.

7. Beach is a Florida state-chartered non-member bank with its main office located at 17 SE Eglin Parkway, Fort Walton Beach, Okaloosa County, Florida 32549. Beach is authorized to operate branch offices in Florida.

8. On January 9, 2020, the Board of Directors of Beach adopted a resolution approving the proposed merger transaction.

9. On January 13, 2020, the Board of Directors of First City and FCBI adopted resolutions approving the proposed merger transaction.

10. On January 14, 2020, Beach, First City, and FCBI executed the Plan of Merger and Merger Agreement ("Plan") which sets forth in detail the method, terms, and conditions of the merger of First City with and into Beach.

11. Pursuant to the Plan, as consideration for the consummation of the transaction, all shares of First City common stock issued and outstanding immediately prior to the effective time of the merger transaction shall be cancelled in exchange for which Beach will issue 20,000 shares of its nonvoting common stock.

12. Beach expects to raise an additional equity of $20 million in connection with the consummation of the merger.

13. Beach's main office at 17 SE Eglin Parkway, Fort Walton Beach, Florida office will continue operations as the main office of the Resulting Bank.

14. First City's two office locations will become branch offices of the Resulting Bank.

15. The Resulting Bank will not have trust powers.

16. There will be no change in the directors or executive officers; the current directors and executive officers of Beach will continue as the directors and executive officers of the Resulting Bank.

17. The application did not disclose the existence of any current or potential violations with respect to the nonconforming activities.

18. The valuation of the merger transaction is fair.

19. The proposed merger transaction is not contrary to the public interest.

John P. Greely
Smith and Mackinnon, PA
March 3, 2020
Page 3

20. The Resulting Bank will meet all the requirements of Florida law as to the formation of a new bank.

21. The Resulting Bank's net worth will be adequate.

22. The merger will not impair the ongoing viability of the Resulting Bank.

Having considered the application, the Office concludes that the application satisfies the criteria of Section 658.43, Florida Statutes (2019). Consequently, the Office intends to approve this application subject to the following conditions:

1. That the FDIC approves the Interagency Bank Merger Application and such approval does not expire prior to the consummation of the proposed merger transaction.

2. That the name of the Resulting Bank will be "Beach Community Bank".

3. That the Office be provided notice of whether or not there were any dissenting shareholders to the Plan and the steps taken to address any dissenter's rights.

4. That the Resulting Bank will have its main address at 17 SE Eglin Parkway, Fort Walton Beach, Okaloosa County, Florida 32549.

5. That the appropriate filing fees due under Section 607.0122, Florida Statutes, to the Department of State, are submitted to the Office for the filing of the Agreement and Plan of Merger of the Applicants. The amount of the filing fees must include an appropriate amount for a certified copy to be provided to the Office.

6. That the Board of Directors and executive officers of the Resulting Bank be composed of those persons identified in this Notice and/or the application.

7. That the First City charter is returned to the Office within ten days after the effective date of the merger.

8. That the merger transaction shall otherwise comply with all applicable requirements of Chapters 607, 655, and 658, Florida Statutes.

9. That upon consummation of the proposed merger transaction, the Resulting Bank will meet all applicable requirements of Chapter 607, Florida Statutes.

The Office will issue a conditional Final Order of Approval after the expiration of the twenty-one (21) day period contained in the Notice of Rights unless First City and Beach elect to waive their rights to a hearing by providing written notification of such waivers to the Office. Before all the

John P. Greely
Smith and Mackinnon, PA
March 3, 2020
Page 4

conditions specified above and other reasonable requirements of the Office have been fulfilled, or if any interim development is deemed by the Office to warrant such action, the Office retains the right to alter, suspend, or withdraw approval of the merger. This approval shall expire six months from the date of the conditional Final Order of Approval, unless the Office has granted a request for an extension of time for good cause shown. After the conditions state above have been met, the Office will issue a Certificate of Merger. The effective date of the merger will be that date stated in the Certificate of Merger.

In taking this action, the Office has relied on the representations and commitments made by the Applicants in the applications and all supplemental information submitted. Every effort should be made to meet these representations and commitments. Please keep the Office advised of the steps being taken to comply with the conditions imposed in this Notice. If you have any questions, please contact the Office at (850) 410-9513.

Sincerely,

Jeremy W. Smith
Director
Division of Financial Institutions


cc:   Federal Deposit Insurance Corporation, Atlanta, Georgia
      Bureau Chief, Bank Regulation
      Tallahassee Area Financial Manager
      Agency Clerk, Florida Office of Financial Regulation

John P. Greely
Smith and Mackinnon, PA
March 3, 2020
Page 5

## NOTICE OF RIGHTS

You may request a hearing to be conducted in accordance with the provisions of Sections 120.569 and 120.57, Florida Statutes. A request for such a hearing must comply with the provisions of Rule 28-106.104(2), Florida Administrative Code, and either Rule 28-106.201(2) or Rule 28-106.301(2), Florida Administrative Code, and must be filed with the Agency Clerk as follows:

| By Mail or Facsimile | OR | By Hand Delivery |
|---|---|---|
| Agency Clerk<br>Office of Financial Regulation<br>P.O. Box 8050<br>Tallahassee, Florida 32314-8050<br>Phone: (850) 410-9889<br>Fax: (850) 410-9663 | | Agency Clerk<br>Office of Financial Regulation<br>General Counsel's Office<br>The Fletcher Building, Suite 118<br>101 East Gaines Street<br>Tallahassee, Florida 32399-0379<br>Phone: (850) 410-9889 |

Your request must be filed within 21 days of the date of receipt of this Notice.

**YOUR FAILURE TO RESPOND TO THIS NOTICE WITHIN 21 DAYS OF RECEIPT WILL CONSTITUTE A WAIVER OF YOUR RIGHT TO REQUEST A HEARING AND A FINAL ORDER MAY BE ENTERED WITHOUT FURTHER NOTICE.**

In the event that a hearing is requested, all parties will have the right to be represented by counsel or other qualified representative, to offer written and oral testimony, to call and cross-examine witnesses, and to have subpoenas and subpoenas duces tecum issued on their behalf. Pursuant to Section 120.573, Florida Statutes, you are advised that mediation of this matter is not available.

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the Agency Clerk no later than seven (7) days prior to the filing deadline or proceeding, at the Office of Financial Regulation, The Fletcher Building, Suite 118, 101 East Gaines Street, Tallahassee, Florida 32399-0379, Phone: (850) 410-9889, or by Email: agency.clerk@flofr.com.

John P. Greely
Smith and Mackinnon, PA
March 3, 2020
Page 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2020, a true and correct copy of the foregoing Notice of Intent to Approve was sent by electronic mail to John P. Greeley at Jpg7300@aol.com.

Jason M. Guevara
Financial Administrator