UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:
FLORIDA FIRST CITY BANKS, INC.

                                           Case No.: 20-30037-KKS
                                           Chapter 11

        Debtor-in-Possession.

---

**CONSENT MOTION TO CANCEL HEARING ON MOTION FOR ORDERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b); FED. R. BANKR. P. 2002, 6004, 9014, AND 9019; (I) APPROVING (A) BIDDING PROCEDURES AND (B) THE FORM AND MANNER OF NOTICE OF (i) THE SALE OF CERTAIN ASSETS AND (ii) GRANTING RELATED RELIEF; (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS; (III) WAIVING THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h) AND REQUEST FOR EMERGENCY HEARING TO CONSIDER BIDDING PROCEDURES (Doc. 11)**

---

Debtor-in-Possession, Florida First City Banks, Inc, ("Debtor") hereby files this Consent Motion requesting the Court to cancel the hearing now set for Thursday, March 26 at 10:00 a.m. Eastern Daylight Time on the *Motion for Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(b); Fed. R. Bankr. P. 2002, 6004, 9014, and 9019; (I) Approving (A) Bidding Procedures and (B) The Form and Manner of Notice of (i) The Sale of Certain Assets and (ii) Granting Related Relief; (II) Authorizing and Approving (A) The Sale of Certain Assets; (III) Waiving the 14-Day Stay of Fed. R.*

1

*Bankr. P. 6004(h) and Request for Emergency Hearing to Consider Bidding Procedures* (Doc. 11) (the "Sale Motion") and as basis therefor does state:

1.  On January 16, 2020, the Debtor filed its *Motion for Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(b); Fed. R. Bankr. P. 2002, 6004, 9014, and 9019; (I) Approving (A) Bidding Procedures and (B) The Form and Manner of Notice of (i) The Sale of Certain Assets and (ii) Granting Related Relief; (II) Authorizing and Approving (A) The Sale of Certain Assets; (III) Waiving the 14-Day Stay of Fed. R. Bankr. P. 6004(h) and Request for Emergency Hearing to Consider Bidding Procedures* (Doc.11).

2.  On February 4, 2020, the Court held a hearing on the Sale Motion which resulted in the Court entering its *Order Conditionally Approving Bid Procedures and Scheduling a Hearing to Consider Approval of Sale of Assets* (Doc. 70). In the Order, the Court set a sale hearing for March 26, 2020, beginning at 10:00 a.m. Eastern Daylight Time.

3.  On March 24, 2020, Beach Community Bank, through its attorney, gave verbal notice to Debtor that in the current economic climate, the conditions for the closing of the Merger Agreement would not be satisfied by the agreed upon Outside Date and, as a result, Beach Community Bank would not be able to complete the

purchase of the stock proposed in the Sale Motion.

4. Based on that notice, it was determined that there was no need to proceed with the sale hearing since no other potential bidders qualified or submitted any bids.

5. Debtor's undersigned counsel has discussed this Motion with the attorney for Beach Community Bank, the attorney for Wilmington Trust Company and with Charles Edwards with the U.S. Trustee's office. All parties indicate that they have no objection to this Motion being granted and the hearing being canceled.

6. WHEREFORE, based on the above, Debtor in Possession, Florida First City Banks, Inc., hereby requests the Court to enter its Order Canceling the Hearing now set for March 26, 2020 at 10:00 a.m. Eastern Daylight Time.

/s/ J. Steven Ford
_____
J. Steven Ford
Florida Bar Number 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, FL 32502
(850) 438-1111 Telephone
(850) 432-8500 Facsimile
jsf@whsf-law.com
melissa@whsf-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing have been furnished to Charles Edwards, United States Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida and to all Creditors appearing on Debtor's mailing matrix, by U.S. Mail, postage prepaid, or electronic mail this ___24___ of March, 2020.

J. STEVEN FORD, ESQUIRE

**20-30037-KKS Notice will be electronically mailed to:**

Jodi D. Dubose
jdubose@srbp.com

Jodi Daniel Dubose on behalf of Debtor Florida First City Banks, Inc.
jdubose@srbp.com, lhathaway@srbp.com;jdubose.ecf@srbp.com

Charles F. Edwards on behalf of U.S. Trustee United States Trustee
charles.edwards@usdoj.gov

J. Steven Ford on behalf of Debtor Florida First City Banks, Inc.
jsf@whsf-law.com, melissa@whsf-law.com

Peter Haley on behalf of Interested Party Beach Community Bank
peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com

Justin Arthur Kesselman on behalf of Creditor Wilmington Trust Company
justin.kesselman@arentfox.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

## 20-30037-KKS Notice will not be electronically mailed to:

James T. Abernethy
547 Pocahontas DR
Fort Walton Beach, FL 32548

Phyllis H. Abernethy
Custodian
547 Pocahontas DR
Fort Walton Beach, FL 32548

Patricia M. Adams
2240 Scho Hills Circle
Atlanta, GA 30345

Elena Aldridge
47 Bay Drive NE
Fort Walton Beach, FL 32548

Greg Aldridge
47 Bay Drive NE
Fort Walton Beach, FL 32548

Anne K. Bennett
618 Mooney Road
Fort Walton Beach, FL 32548

Robert E. Bennett, Jr.
618 Mooney Road
Fort Walton Beach, FL 32547

Connie Boyd
500 Gulf Shores Drive
Unit 414-C
Destin, FL 32541

W. G. Boyd
500 Gulf Shores Drive
Unit 414-C
Destin, FL 32541

Dawn Cochran
177 Harris Heights
Hyde Park, VT 05655

Ken Coshatt
(Deceased)
600 Mooney Road
Fort Walton Beach, FL 32548

H. D. Danley
400 Champion Drive
Opp, AL 36467

Peggy D. Ellis
(Deceased)
102 Briarcliff Road
Opp, AL 36467

Teresa G. Epperson
5805 Water Ridge Court
Fort Worth, TX 76179

J. Steven Ford
Wilson, Harrell, Smith, Farrington & For
307 South Palafox Street
Pensacola, FL 32502

Richard Glenn Geiger
(Deceased)
111 Dunsford Hill Court

Daphne, AL 36526

Audery E. Gibson
Trustee
903 The Masters Blvd.
Shalimar, FL 32579
Donald R. Gilliland
Trust
1129 Springcreek Road
Danville, AR 72833

Donna D. Greenup
Trustee
955 Zachery Lane
Fort Walton Beach, FL 32548

Beryl M. Harris
Trustee
20 Linwood Road NW
Fort Walton Beach, FL 32547

Mitzi Prince Henley
PO Box 190
Fort Walton Beach, FL 32549

Debra J. Hughes
Custodian
404 Tulip Terrace
Fairhope, AL 36532

Norma Johansen
20309 North Bishop Road
Unit 4
Fairhope, AL 36532

Lewis Brandon Johnson

6259 Henley Way
Montgomery, AL 36117

Martha Jane Johnson
200 Dee Road
Opp, AL 36467
Virginia E. Kelly
415 Mountain Road
Suite 4
Destin, FL 32541

Marguerite L. Langston
320 Elliott Road SE
Fort Walton Beach, FL 32548

Elizabeth McCartney
232 Crewilla Drive
Fort Walton Beach, FL 32548

Jeanette McCray
2059 Windtrace Road South
Navarre, FL 32566

John C. McGee
PO Box 2137
Fort Walton Beach, FL 32548

John C. McGee
Trustee
PO Box 2137
Fort Walton Beach, FL 32548

Matthew McGee
Trustee
PO Box 2137
Fort Walton Beach, FL 32548

Pamela Michelle McGee
Trustee
PO Box 2137
Fort Walton Beach, FL 32548

Lydia C. Noble
30467 Middlecreek Circle
Spanish Fort, AL 36527

Lea J. Odom
44 Highwood Drive
Alexander City, AL 35010

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Kathleen Rucker Payne


Carol J. Pepper
313 Petherton Place
Pensacola, FL


Fredrick Pryor
621 W. Miracle Strip Pkwy
Mary Esther, FL 32569

Mary Elizabeth Pryor
621 W. miracle Strip Pkwy
Mary Esther, FL 32569

Larry E. Reeder
24 Walter Martin Road
Fort Walton Beach, FL 32548

Jordana L. Renert on behalf of Creditor Wilmington Trust Company
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019

Kimberly Ann Richmond
10011 Oxbridge Circle
Richmond, VA 23236

Albert Barnard Russell, Jr.
336 Sudduth Circle
Fort Walton Beach, FL 32548

Joyce M. Sadler
139 Virginia Drive NW
Fort Walton Beach, FL 32548

Seigler Living Trust
219 Katherine Place NW
Fort Walton Beach, FL 32548

Jo Anne Walker Russell
336 Sudduth Circle
Fort Walton Beach, FL 32548

Harris Ross Ward
15 Carl Brandt Drive
Shalimar, FL 32579

Jeanne C. Ward
15 Brandt Drive
Shalimar, FL 32579

11

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 20-30037-KKS<br>Northern District of Florida<br>Pensacola<br>Tue Mar 24 13:56:04 EDT 2020 | Beach Community Bank<br>c/o Peter Haley<br>Nelson Mullins Riley & Scarborough LLP<br>One Post Office Square, 30th Floor<br>Boston, MA 02109-2106 | Florida First City Banks, Inc.<br>P.O. Box 2977<br>Fort Walton Beach, FL 32549-2977 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Seigler Living Trust<br>219 Katherine Place NW<br>Fort Walton Beach, FL 32548-4208 | Wilmington Trust Company<br>c/o Jordana L. Renert<br>Arent Fox LLP<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019-6040 |
| *First National Banker's Bank<br>600 University Park Place<br>Suite 380<br>Birmingham, AL 35209-8806 | *Jodi Daniel Dubose<br>Stichter, Riedel, Blain & Postler, P.A.<br>41 N. Jefferson Street, Suite 111<br>Pensacola, Fl 32502-5669 | *Justin A. Kesselman<br>Arent Fox LLP<br>800 Boylston Street, 32nd Floor<br>Prudential Tower<br>Boston, MA 02199-7637 |
| *United States Trustee<br>c/o Charles F. Edwards<br>Office of U.S. Trustee<br>110 East Park Avenue, Suite 128<br>Tallahassee, FL 32301-7728 | *Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890-0001 | First National Bankers Bank<br>7813 Office Park Blvd.<br>Baton Rouge, LA 70809-7604 |
| INTERNAL REVENUE SERVICE<br>P.O BOX 7346<br>PHILADELPHIA PA 19101-7346 | Mark A. Angelov, Esquire<br>Arent Fox LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Albert Barnard Russell Jr.<br>336 Sudduth Circle<br>Fort Walton Beach, FL 32548-5125 | Anne K. Bennett<br>618 Mooney Road<br>Fort Walton Beach, FL 32547-1833 |
| Audery E. Gibson<br>Trustee<br>903 The Masters Blvd.<br>Shalimar, FL 32579-1668 | Beryl M. Harris<br>Trustee<br>20 Linwood Road NW<br>Fort Walton Beach, FL 32547-1617 | Carol J. Pepper<br>313 Petherton Place<br>Pensacola, FL   32506-4939 |
| Connie Boyd<br>500 Gulf Shores Drive<br>Unit 414-C<br>Destin, FL 32541-3063 | Dawn Cochran<br>177 Harris Heights<br>Hyde Park, VT 05655-2201 | Debra J. Hughes<br>Custodian<br>404 Tulip Terrace<br>Fairhope, AL 36532-3016 |
| Donald R. Gilliland<br>Trust<br>1129 Springcreek Road<br>Danville, AR 72833 | Donna D. Greenup<br>Trustee<br>955 Zachery Lane<br>Fort Walton Beach, FL 32547-1878 | Elena Aldridge<br>47 Bay Drive NE<br>Fort Walton Beach, FL 32548-5127 |
| Elizabeth McCartney<br>232 Crewilla Drive<br>Fort Walton Beach, FL 32548-3906 | Fredrick Pryor<br>621 W. Miracle Strip Pkwy<br>Mary Esther, FL 32569-1839 | Greg Aldridge<br>47 Bay Drive NE<br>Fort Walton Beach, FL 32548-5127 |

H. D. Danley
400 Champion Drive
Opp, AL 36467-2523

Harris Ross Ward
15 Carl Brandt Drive
Shalimar, FL 32579-1202

J. Steven Ford
Wilson, Harrell, Farrington
307 S. Palafox Street
Pensacola, FL 32502-5929

James T. Abernethy
547 Pocahontas DR
Fort Walton Beach, FL 32547-3220

Jeanette McCray
2059 Windtrace Road South
Navarre, FL 32566-3046

Jeanne C. Ward
15 Brandt Drive
Shalimar, FL 32579

Jo Anne Walker Russell
336 Sudduth Circle
Fort Walton Beach, FL 32548-5125

John C. McGee
PO Box 2137
Fort Walton Beach, FL 32549-2137

John C. McGee
Trustee
PO Box 2137
Fort Walton Beach, FL 32549-2137

Joyce M. Sadler
139 Virginia Drive NW
Fort Walton Beach, FL 32548-4155

Ken Coshatt
(Deceased)
600 Mooney Road
Fort Walton Beach, FL 32547-1874

Kimberly Ann Richmond
10011 Oxbridge Circle
Richmond, VA 23236-4227

Larry E. Reeder
24 Walter Martin Road
Fort Walton Beach, FL 32548-4945

Lea J. Odom
44 Highwood Drive
Alexander City, AL 35010-5668

Lewis Brandon Johnson
6259 Henley Way
Montgomery, AL 36117-2628

Lydia C. Noble
30467 Middlecreek Circle
Spanish Fort, AL 36527-5683

Marguerite L. Langston
320 Elliott Road SE
Fort Walton Beach, FL 32548-7223

Martha Jane Johnson
200 Dee Road
Opp, AL 36467-2551

Mary Elizabeth Pryor
621 W. miracle Strip Pkwy
Mary Esther, FL 32569-1839

Matthew McGee
Trustee
PO Box 2137
Fort Walton Beach, FL 32549-2137

Mitzi Prince Henley
PO Box 190
Fort Walton Beach, FL 32549-0190

Norma Johansen
20309 North Bishop Road
Unit 4
Fairhope, AL 36532-7608

Pamela Michelle McGee
Trustee
PO Box 2137
Fort Walton Beach, FL 32549-2137

Patricia M. Adams
2240 Scho Hills Circle
Atlanta, GA 30345-1903

Peggy D. Ellis
Peggy D. Ellis Estate
(Deceased)
468 Holly Point Road
Freeport, FL 32439-4320

Phyllis H. Abernethy
Custodian
547 Pocahontas DR
Fort Walton Beach, FL 32547-3220

Richard Glenn Geiger
(Deceased)
111 Dunsford Hill Court
Daphne, AL 36526-4010

Robert E. Bennett Jr.
618 Mooney Road
Fort Walton Beach, FL 32547-1833

Teresa G. Epperson
5805 Water Ridge Court
Fort Worth, TX 76179-7569

Virginia E. Kelly
415 Mountain Road
Suite 4
Destin, FL 32541-7310

W. G. Boyd
500 Gulf Shores Drive
Unit 414-C
Destin, FL 32541-3063

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)*Beach Community Bank
c/o Peter Haley
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109-2106

(d)*Wilmington Trust Company
c/o Jordana L. Renert
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040

(d)Jodi Daniel Dubose
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street
Suite 111
Pensacola, FL 32502-5669

(u)Kathleen Rucker Payne

End of Label Matrix
Mailable recipients    60
Bypassed recipients     4
Total                  64